IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Tammy Holden Eaves, | ) | |
| | ) | C.A. No. 4:09-cv-01680-JMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Loris Community Hospital District | ) | |
| d/b/a Loris Healthcare System | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Tammy Holden Eaves filed this action against Defendant Loris Community Hospital District alleging several causes of action for various violations of the Family Medical Leave Act (FMLA), 29 U.S.C. § 2601, et seq. and a state law cause of action for wrongful discharge. Defendant made a Motion for Judgment on the Pleadings (Entry # 25) as to Plaintiff's fourth cause of action for wrongful discharge in violation of public policy. The Magistrate Judge's Report and Recommendation [Entry #38], filed on September 17, 2010, recommended that Defendant's motion be granted because Plaintiff abandoned her claim for wrongful discharge in her Response to Defendant's motion [Entry #26]. The Report and Recommendation sets forth in detail the relevant facts and legal standards on this matter, and the court incorporates the Magistrate Judge's recommendation without a recitation.

The Magistrate Judge's Report and Recommendation is made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The

responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objections are made, and the court may accept, reject, or modify, in whole or in part, the Magistrate Judge's recommendation or recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

Plaintiff was advised of her right to file objections to the Report and Recommendation [Entry #38, Attachment 1]. However, Plaintiff filed no objections to the Report and Recommendation.

In the absence of objections to the Magistrate Judge's Report and Recommendation, this court is not required to provide an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Furthermore, failure to file specific written objections to the Report and Recommendation results in a party's waiver of the right to appeal from the judgment of the district court based upon such recommendation. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts the Magistrate Judge's Report and Recommendation and incorporates it herein.

It is therefore **ORDERED** that Defendant's Motion for Judgment on the Pleadings [Entry # 25] is granted and Plaintiff's claim for wrongful discharge is dismissed with prejudice.

**IT IS SO ORDERED.**

s/J. Michelle Childs
United States District Judge

Greenville, South Carolina
October 8, 2010